Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

U.S for the

Eastern District of Pennsylvania

Eastern Division

Jonathan Goerig

Case No. _____

*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

See attached

**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                       Jonathan Thomas Goerig

All other names by which

you have been known:             N/A

ID Number                              19004319

Current Institution               George W. Hill Correctional

Address                                  P.O Box   23

Thornton                    PA              19373

*City*                          *State*                   *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                       Mr. Tupper

Job or Title *(if known)*          Correctional Officer

Shield Number

Employer              B.O.P      Federal Detention Center Philadelphia

Address                                  FDC Philadelphia

Philadelphia              PA              19106

*City*                          *State*                   *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                                       Mr. Poelkner (unsure of spelling)

Job or Title *(if known)*          Correctional Officer

Shield Number

Employer              B.O.P      Federal Detention Center Philadelphia

Address                                  FDC Philadelphia

Philadelphia              PA              19106

*City*                          *State*                   *Zip Code*

☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name                              Lieutenant in charge on 11-23-2022
Job or Title *(if known)*         Lieutenant
Shield Number
Employer                          B.O.P  Federal Detention Center Philadelphia
Address                           FDC Philadelphia
                                  Philadelphia          PA        19106
                                       *City*         *State*    *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
Name                              Lieutenant in charge on 11-24-2022
Job or Title *(if known)*         Lieutenant
Shield Number
Employer                          B.O.P  Federal Detention Center Philadelphia
Address                           FDC Philadelphia
                                  Philadelphia          PA        19106
                                       *City*         *State*    *Zip Code*

☐ Individual capacity    ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The Lieutenant(s) and correctional officers showed  →

deliberate indifference and should be held liable under the 8th Ammendment for denying humane conditions of confinement.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

See    Attached    II. D.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

The 6 South Block of Federal Detention Center Philadelphia

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

12:30 P.M. on 11-23-2022

2:30 P.M on 11-24-2022

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See "Statement of Facts"

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I received bruises to my ribs, injuries to my face and body. The only medical treatment I received was one week of Ibuprofin and Acetominofen. My pain and suffering lasted more than 2 months.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting money damages in the amount of two million dollars, $2,000,000, for the pain and suffering I have endured and any mental health problems that I may be diagnosed with in the future as a result of my trauma.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Detention Center Philadelphia

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_N/A_

2.    What did you claim in your grievance?

_N/A_

3.    What was the result, if any?

_N/A_

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

See Attached   VII. F. 2.

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

     Plaintiff(s)    N/A

     Defendant(s)    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     N/A

3.   Docket or index number

     N/A

4.   Name of Judge assigned to your case

     N/A

5.   Approximate date of filing lawsuit

     N/A

6.   Is the case still pending?

     ☐  Yes

     N/A

     ☐  No

     If no, give the approximate date of disposition.    N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

      No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _____ N/A _____

Defendant(s)  _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.  Docket or index number

_____ N/A _____

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐ Yes

N/A

☐ No

If no, give the approximate date of disposition  _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11-12-2023

Signature of Plaintiff   _Jonathan Goerig_

Printed Name of Plaintiff   Jonathan Thomas Goerig

Prison Identification #   19004319

Prison Address   George W. Hill Correctional P.O Box 23
Thornton                    PA          19373
City                               State       Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____
_____
City                               State       Zip Code

Telephone Number   _____

E-mail Address   _____

Attached

Names of Defendants:

1. Correctional Officer Tupper

2. Correctional Officer Poelkner

3. Lieutenant in charge on 11-23-2022

4. Lieutenant in charge on 11-24-2022

## II. D.    (Attached)

The correctional officers and lieutenant(s) had a responsibilaty to keep me safe when I repeatedly warned them about the threats against my life. The correctional officers and Lieutenants showed deliberate indifference and denied me humane conditions of confinement by keeping me housed on the same block as inmates that were threatening to stab me. The correctional officers and Lieutents should have moved me off the block I was housed in to ensure my saffety.

## VII F. 2.

I did inform my Judge, The Honorable John Padova that my life was in danger and that the correctional officers and Lieutents were doing nothing. I wrote him a letter in early December 2022 and it should be on the record. There was no response.

# Statement of Facts:

The day before Thanksgiving, on 11/23/2022 at around 12:00 p.m., on the 6 South Block of Federal Detention Center Philadelphia (known as FDC Philadelphia) I was informed by five fellow inmates, that I considered credible, that there were specific three inmates that were planning to stab me. Up until this point I considered myself relatively safe on the block 6 South in FDC Philadelphia because no one knew what crimes I was charged with. I was charged with a sex crime and inmates charged with sex crimes are subject to extortion, beatings, and stabbings by other inmates at FDC Philadelphia. The Correctional Officers (known as C.O.s) and Lieutenants are aware of the risks that inmates like myself face on general population at this detention center. The crimes I was charged with were discovered by an inmate that accessed the Law Library computer. While randomly searching cases, an inmate came across my name and the crimes I was charged with in my Motion to Suppress. This inmate printed out my Motion to Suppress and showed it to numerous inmates on the 6 South block. This information was relayed to me by the five inmates I considered credible. These five inmates were able to accurately recite facts from my Motion to Suppress and I considered their warnings that three inmates were planning to stab me, truthful. I immediately went to C.O. Tupper and informed him that I needed to be taken off the block and moved to a different block. He asked me why. I explained to him that my life was in danger and that three inmates were planning to stab me. He asked me why they were planning to stab me. I explained that I was charged with a sex crime and that the inmates on 6 South learned what I was charged with. C.O. Tupper reluctantly picked up the phone in his office, told me he was going to call his Lieutenant (Lieutenant in charge on 11/23/2022), and told me to wait in my cell. Three hours later, C.O. Tupper informed me that the Lieutenant said he "would not be moving me today." The next day, on 11/24/2022, I went to C.O. Poelkner (unsure of spelling), who was in charge of 6 South that day. I explained to him the same thing I told C.O. Tupper. I told C.O. Poelkner that my life was in danger, that inmates were planning to stab me and that I needed to be taken off the block. C.O. Poelkner told me he would ask "The Lieutenant" (Lieutenant in charge on 11/24/2022). C.O. Poelkner informed me at 3:30 p.m. on 11/24/2022 that I will not be moved off of 6 South. The next couple of days I tried to call my Federal Public Defender for help, however, I was informed that she was on vacation. I resolved to write my judge, The Honorable John Padova. In my letter to the judge I explained that my life was in danger, that inmates were planning to stab me, and that the C.O.s and Lieutenants were doing nothing to protect me. I wrote and sent this letter in early December, not only as a plea for help, but as proof in case anything did happen to me, that I warned the C.O.s that my life was in danger and that they did nothing to stop it. This letter to my judge should be on the record. Around one week later after I sent this letter, I was attacked by the three inmates. They attempted to stab me, but I kept that knife away while struggling with the one inmate holding the knife. However, I was still severely beaten and taken to the hospital. Before I was taken to the hospital, a female Lieutenant by the name of Lieutenant Jones asked me what crimes I was charged with. I told her I was charged with a sex crime and she turned to an FDC Philadelphia nurse and said "Yeah, this is what other inmates do to people charged with those crimes." My face was then photographed by Lieutenant Jones and I was taken to the nearest

hospital. While being transported to the hospital, a C.O. that was accompanying me, informed me that one of the inmates that attacked me (inmate with the last name Huskey) had previously sent other inmates to the hospital before me, meaning it was known that inmate Huskey had a history of violence against other inmates. While at the hospital, I was diagnosed with bruised ribs, facial injuries, and various other injuries on my body. FDC Philadelphia has a medical record of my injuries. I was then brought back to FDC Philadelphia and told to stand outside of Lieutenant Rolio's office while the C.O. in charge of escorting me talked to Lieutenant Rolio. The C.O. in charge of escorting me, explained to Rolio that Lieutenant Jones wanted me to be put on the unofficial Protective Custody block as soon as I returned from the hospital. Lieutenant Rolio then yelled loud enough so I could hear him "Fuck him he's a "chomo" (meaning child molester) put him in the hole and put him in a cell with one of the guys that did this to him so they can finish the job." I was then put into the Special Housing Unit or "Hole", a block reserved for punishment of inmates. I was not allowed out of this cell in the "Hole" for a month. I was given numerous different cellmates that could have attacked me at any time. Afterwards I was housed on General Population, not Protective Custody. There was an investigation done by those in charge at FDC Philadelphia and the details of the attack on me were recorded. C.O. Tupper, C.O. Poelkner (unsure of spelling), the Lieutenant in charge on 11/23/2022, and the Lieutenant in charge on 11/24/2022 showed deliberate indifference when I warned them of a credible threat against me and should be held liable under the 8th Amendment for denying humane conditions of confinement.

Jonathan Goerig  19004319

George W. Hill Correctional Facility

P.o Box 23

Thornton, PA  19373




Clerk   U.S District Court

Eastern Division of Pennsylvania

2609 US Courthouse, 601 Market Street

Philadelphia, PA  19106 - 1797



U.S.M.S.
X-RAY



RECEIVED
JAN. 1 2 2024

