IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN GOERIG, : | |
|    Plaintiff, : | |
| : | |
|   v. : | Case No. 2:24-cv-0168-JDW |
| : | |
| CORRECTIONAL OFFICER : | |
| TUPPER, *et al.*, : | |
|    Defendants. : | |

### ORDER

AND NOW, this 6th day of November, 2024, upon consideration of Defendants' Motion to Dismiss the Complaint, Or Alternatively, For Summary Judgment (ECF No. 15) it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

                                        **BY THE COURT:**

                                        */s/ Joshua D. Wolson*
                                        **JOSHUA D. WOLSON, J.**